

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SOLOMON N. POWELL,

    Plaintiff,

v.                                                               Civil Action No. **3:14CV36**

THE UNITED STATES POSTAL INSPECTION SERVICE,

    Defendant.

**MEMORANDUM OPINION**

Solomon N. Powell, a federal inmate proceeding *pro se* and *in forma pauperis*, submitted a "Motion for Request of Documents and/or Information," ("Motion," ECF No. 1),[1] requesting that the Court, pursuant to the Freedom of Information Act (FOIA),[2] order the United States Postal Inspection Service (USPIS) to produce documents demonstrating that Powell owes money to various financial institutions. (*Id.* at 1.) Powell fails to allege that he filed a FOIA request with USPIS in his Motion and, accordingly, fails to demonstrate that he properly exhausted his administrative remedies. *See Coleman v. Drug Enforcement Admin.*, 714 F.3d 816, 820 (4th Cir. 2013) (citation omitted); 28 C.F.R. § 16.9(c)).

By Memorandum Order entered December 12, 2014, the Court directed Powell to show cause within eleven (11) days why his Motion should not be dismissed for lack of exhaustion. Powell has not responded. Accordingly, Powell's Motion will be DISMISSED WITHOUT PREJUDICE. Powell remains free to re-file after he exhausts his administrative remedies under FOIA. *See* Fed. R. Civ. P. 41(b).

An appropriate Final Order shall issue.

Date: 1-7-15
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge

---

[1] The Court corrects the capitalization in quotations from Powell's filings.

[2] 5 U.S.C. § 552.